IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMWORKS SOLUTIONS, LLC, | Civil Action No.: 1:20-cv-7534-MKV |
| Plaintiff | |
| v. | |
| RCN TELECOM SERVICES, LLC, | |
| Defendant. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/23/2023

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion to Dismiss with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). In accordance with the motion, the Court hereby ORDERS that all claims asserted in this action are dismissed WITH PREJUDICE. It is further ORDERED that each party shall bear its own attorneys' fees, costs, and expenses.

SIGNED this  23rd  day of            March , 2023

_____
MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE